August 1, 1980.

428 A.2d 667

Commonwealth v. Alston, Appellant.

Submitted December 6, 1979. Jay R. Levenberg, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

576

Before BROSKY, WICKERSHAM and EAGEN, JJ.*⁾

Judgment of sentence affirmed.